**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

MATTHEW H.,

Plaintiff,

v. CIVIL ACTION NO. 2:26-cv-00155

FRANK BISIGNANO,
*Commissioner of Social Security*,

Defendant.

**MEMORANDUM OPINION AND ORDER**

By *Standing Order* (Document 3) entered on February 27, 2026, this action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). Currently pending in the matter are the Plaintiff's brief/request for remand (Document 7) and the Defendant's brief/request to affirm the Commissioner's final decision (Document 8).

On October 27, 2026, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 10) wherein it is recommended that the Plaintiff's brief/request for remand (Document 7) be granted and the Defendant's brief/request to affirm the Commissioner's final decision (Document 8) be denied. It is further recommended that the final decision of the

Commissioner be reversed and this matter be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by November 10, 2026, and none were filed by either party. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *see also Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983) (holding that district courts may adopt proposed findings and recommendations without explanation in the absence of objections).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*. The Court **ORDERS** that the Plaintiff's brief/request for remand (Document 7) be **GRANTED** and the Defendant's brief/request to affirm the Commissioner's final decision (Document 8) be **DENIED**. The Court further **ORDERS** that the final decision of the Commissioner be **REVERSED** and this matter be **REMANDED** to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Lastly, the Court **ORDERS** that this matter be **DISMISSED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this *Memorandum Opinion and Order* to Magistrate Judge Tinsley, counsel of record, and any unrepresented party.

ENTER: November 17, 2026

Irene C. Berger

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA